# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN EUGENE WELLS | § | PLAINTIFF |
| v. | § | Civil No. 1:20cv291-HSO-JCG |
| WELLS FARGO BANK, N.A. | § | DEFENDANT |

## FINAL JUDGMENT

In accordance with the Order entered this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of June, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE